IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY DARNELL BROWN,

    Plaintiff,
v.                                          CASE NO. 3:17-cv-714-RV-GRJ

ADAM CHASE GARY and
ZACHARY L STACY,

    Defendants.
_____/

## ORDER AND
## REPORT AND RECOMMENDATION

Plaintiff, a detainee at the Escambia County Jail, initiated this prisoner civil rights case by filing a complaint on September 12, 2017, in Escambia County Circuit Court. Defendants removed the case to this Court on September 28, 2017. ECF No. 1. Defendants then filed a motion for more definite statement, which has been referred to the undersigned. ECF No. 3.

On September 13, 2017, prior to removal of this case, Plaintiff filed an identical complaint in this Court. That case has been assigned Case Number 3:17-cv-678-LC-CJK (N.D. Fla.). Plaintiff has been granted leave to proceed as a pauper in that case, with assessment of an initial partial

filing fee that is due to be paid by October 18, 2017.  *See Brown v. Gary, et al.*, Case No. 3:17-cv-678-LC-CJK, ECF No. 7.  It must be noted that although the Court's complaint form requires prisoners to disclose whether they have "initiated other actions in state court dealing with the same or similar facts/issues involved in this action," Plaintiff represented that he had filed no such cases.  *Id*., ECF No. 1.

Because Plaintiff elected to file the identical complaint in this Court prior to removal of this case from state court, this case should be dismissed as duplicative.

Accordingly, it is **ORDERED** that Defendant's motion for more definite statement, ECF No. 3, is **MOOT**.  It is respectfully **RECOMMENDED** that this case should be **DISMISSED** as duplicative.

**IN CHAMBERS** this 4th day of October 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**