IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY DARNELL BROWN,

    Plaintiff,

v.                                                CASE NO. 3:17-cv-714-RV-GRJ

ADAM CHASE GARY, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 4, 2017, (ECF No. 4), recommending that the case be dismissed as duplicative. Plaintiff has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. This case is dismissed as duplicative. The Clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of November 2017.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**